HARRY S. BOISNOT, Respondent, *v.* WILLIAM WILSON, Appellant.

*Boisnot* v. *Wilson,* 109 App. Div. 569, modified.
(Argued November 20, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Janu-

ary 8, 1906, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action to recover a balance alleged to be due for services under a contract of employment.

*Walter D. Clark* and *R. Floyd Clarke* for appellant.

*Duncan A. MacIntyre* and *William B. Ellison* for respondent.

Judgment entered on report of referee modified in accordance with opinion of PATTERSON, J., below, and as modified affirmed upon said opinion, without costs.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.